# United States District Court
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | |
|---|---|
| UNITED STATES OF AMERICA | §   WAIVER OF RULE 5(c) HEARINGS |
| | §   (Excluding Probation Cases) |
| V. | § |
| | § |
| LARRY RENDALL BROCK | §   CASE NUMBER: 4:21-MJ-017 |

I, Larry Brock, understand that in the District of Columbia, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ) Preliminary Hearing

I HEREBY REQUEST THAT MY PRELIMINARY AND DETENTION HEARING BE

( ) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ✓ ) held in this district.

FILED
JAN 1 1 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

_____
Defendant

_____
Defense Counsel

January 11, 2021