AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN      DISTRICT OF      TEXAS, FORT WORTH DIVISION

UNITED STATES

V.

Larry Rendall Brock

## EXHIBIT AND WITNESS LIST

Case Number:  4:21-MJ-017

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CURETON | JAY WEIMER | BROOK ANTONIO |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/14/21 | DEBBIE SAENZ | JULIE HARWELL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-10 | | 1/14/2021 | YES | YES | Photos |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |
| | | | | | |
| | | | | | Returned to Offering Party _____  Received by: _____ |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 4 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.









Torch Flyer

6 Jan 2021

Share



🔒 facebook.com — Private

### 📷 Photos



**Torch Flyer** added a temporary profile picture.  •••
11 hrs · 🔗

**6 Jan 2021**





👍❤️ 5

 **Share**

**Torch Flyer** updated his cover photo.  •••
December 27, 2020 at 1:46 PM · 🔗









CAE Simuflite
2929 W. Airfield Drive
P.O. Box 619119
DFW Airport, Texas 75261
(972)-456-8000 / (800)-527-2463

May 18, 2018

Larry Brock
████████████
Grapevine, Texas 76051

Dear Larry,

In addition to your pattern of problematic behavior – which has resulted in at least three verbal warnings and one written warning – it has recently come to our attention that you inappropriately communicated to employees that you had not killed anyone for a while and regarding potentially shooting members of a particular religion and/or race. This type of comment is not appropriate in our workplace, disregards our values and code of business conduct, and can create a hostile and/or dangerous work environment.

As such, this letter is to notify you that, effective immediately, May 18, 2018, your employment with CAE is terminated due to this threatening and discriminatory speech, as well as your pattern of problematic behavior.

Sincerely,

Nelson Camacho
General Manager, Americas, Civil
Business Aviation, Helicopter and Maintenance Training
Part 142 – FAA Accountable Manager






# LARRY RENDELL BROCK
## A.K.A "TORCH FLYER"
### FACEBOOK POSTS

**November 11, 2020:**     "The battle isn't winnable democratically if they complete the steal.  They went into court yesterday. Let's see what happens."

"Fire and blood will be needed soon."

**December 24, 2020:**     "I bought myself body armor and a helmet for the civil war that is coming."

**December 25, 2020:**





1



December 31, 2020:    "We are now under occupation by a hostile governing force. That may seem ludicrous to some, but I see no distinction between a group of Americans seizing power and governing with complete disregard to the Constitution and an invading force of Chinese communists accomplishing the same objective. Against all enemies foreign and domestic #OathKeeper #2A #III%

"Definitely not skipping these today. Luck may be needed in the Second Civil War."

January 1, 2021:    "I suspect that is what will happen on the 6th. The castle will be stormed. The question is what then?"

January 5, 2021:    "This is not a President that sounds like he is giving up the White House."

"I truly believe that if we let them complete the steal we will never have a free election again"

"I really believe we are going to take back what they did on November 3"

"Plane is packed with people going to stop the steal."

"Not interested in missing tomorrow"

"The watch phrase here seems to be Restore Our Republic"

| | |
|---|---|
| **January 6, 2021:** | **"Patriots on the Capitol"** |
| | **"Patriots storming"** |
| | **"Men with guns need to shoot there way in"** |
| | **"Facebook deleted a post. Trying to find the name of a woman that was gunned down by Capitol police today. She was unarmed and is the first Patriot Martyr in the Second American Revolution"** |
| | **"Funny BLM is a movement but Patriots are a mob. The real issue is the ruling class got a quick reminder that they are not untouchable."** |
| **January 7, 2021:** | **"The charade of an election is over. Our vote was stolen. Time to secede."** |