# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: <u>4:21–mj–00017–BJ</u> All Defendants

Case title: USA v. Brock                              Date Filed: 01/11/2021

Assigned to: Magistrate Judge
Jeffrey L. Cureton

**<u>Defendant (1)</u>**

**Larry Rendall Brock**          represented by   **Brook Antonio–FPD, II**
                                                  Federal Public Defender – Fort Worth
                                                  819 Taylor St
                                                  Room 9A10
                                                  Fort Worth, TX 76102
                                                  817–978–2753
                                                  Fax: 817–978–2757
                                                  Email: brook_antonio@fd.org
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Federal Public Defender Appointment*
                                                  *Bar Status: Admitted/In Good Standing*

**<u>Pending Counts</u>**                         **<u>Disposition</u>**

None

**<u>Highest Offense Level
(Opening)</u>**

None

**<u>Terminated Counts</u>**                      **<u>Disposition</u>**

None

**<u>Highest Offense Level
(Terminated)</u>**

None

**<u>Complaints</u>**                             **<u>Disposition</u>**

18:1752(a) and 40:5104(e)(2)
Restricted Building or grounds;
and Violent Entry or disorderly
conduct

1

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **J Stevenson Weimer–DOJ** |
| | | US Attorney's Office |
| | | 801 Cherry St |
| | | Suite 1700, Unit 4 |
| | | Fort Worth, TX 76102 |
| | | 817/252–5200 |
| | | Fax: 817–252–5455 |
| | | Email: jay.weimer@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney's Office* |
| | | *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/10/2021 | | 4 | Arrest (Rule 5) of Larry Rendall Brock. Complaint and Warrant from District of Columbia. (jah) (Entered: 01/11/2021) |
| 01/11/2021 | 1 | 5 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance re: Rule 5(c) hearing as to Larry Rendall Brock held on 1/11/2021. Date of Arrest: 1/10/2021; Deft executed financial affidavit; o/appointing FPD entered; Deft filed waiver of identity; Preliminary & Detention Hearing set 1/14/21 at 1:30 p.m. before Magistrate Judge Cureton; o/temp detention entered; Rule 5(f) written order to be filed; Rule 5(f)oral admonishment will be given at next setting; upon agreement from the Gov't, Court unsealed complaint; Deft remanded to custody. Attorney Appearances: AUSA – Jay Weimer; Defense – Brook Antonio. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Mouret.) (jah) Modified on 1/11/2021 (jah). (Entered: 01/11/2021) |
| 01/11/2021 | 2 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Larry Rendall Brock. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/11/2021) (jah) (Entered: 01/11/2021) |
| 01/11/2021 | 3 | 8 | ELECTRONIC ORDER As to Larry Rendall Brock:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/11/2021) (jah) (Entered: 01/11/2021) |
| 01/11/2021 | 4 | 10 | WAIVER of Rule 5(c) Hearings by Larry Rendall Brock (jah) (Entered: 01/11/2021) |

| 01/11/2021 | 5 | 11 | MOTION for Pretrial Detention filed by USA as to Larry Rendall Brock (jah) (Entered: 01/11/2021) |
|---|---|---|---|
| 01/11/2021 | 6 | 12 | ELECTRONIC ORDER OF TEMPORARY DETENTION as to Larry Rendall Brock. Detention & Preliminary Hearing set for 1/14/2021 01:30 PM before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/11/2021) (jah) (Entered: 01/11/2021) |
| 01/14/2021 | 7 | 14 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Detention & Preliminary Hearing on Rule 5(c) as to Larry Rendall Brock held on 1/14/2021; Rule 5(f) admonishment given; Gov't witness John Moore sworn & testified; Gov't exhibits 1–10 admitted, original returned; court finds PC; deft executed PR bond & advised of conditions of pretrial release; o/setting conditions of pretrial release entered; deft released on conditions. Attorney Appearances: AUSA – Jay Weimer; Defense – Brook Antonio. (Exhibits admitted – returned to party) Time in Court – 2:00. (Court Reporter: Debbie Saenz) (USPO Mouret.) (jah) (Entered: 01/14/2021) |
| 01/14/2021 | 8 | 16 | ORDER Setting Conditions of Release as to Larry Rendall Brock (1) Deft released on PR bond; Deft to next appear as directed by the Court or U.S. Probation Officer; see order for specific conditions. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/14/2021) (jah) (Entered: 01/14/2021) |
| 01/14/2021 | 9 | 19 | Return of Exhibits to AUSA Jay Weimer. No original exhibits remain in clerk custody. (EXH–ADM flag removed) Exhibits offered by USA as to Larry Rendall Brock. (jah) (Entered: 01/14/2021) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: J Stevenson Weimer-DOJ (caseview.ecf@usdoj.gov,
courtney.carden2@usdoj.gov, cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov,
janise.withers@usdoj.gov, jay.weimer@usdoj.gov, jessica.sanchez@usdoj.gov,
liuva.ruiz@usdoj.gov, michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate
Judge Jeffrey L. Cureton (kristi_verna@txnd.uscourts.gov,
margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:12870658@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00017-BJ USA v. Brock Arrest - Rule 5/32.1/40
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 1/11/2021 at 3:45 PM CST and filed on 1/10/2021

| | |
|---|---|
| **Case Name:** | USA v. Brock |
| **Case Number:** | <u>4:21-mj-00017-BJ</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of Larry Rendall Brock. Complaint and Warrant from District of Columbia. (jah)**

**4:21-mj-00017-BJ-1 Notice has been electronically mailed to:**

J Stevenson Weimer-DOJ    jay.weimer@usdoj.gov, CaseView.ECF@usdoj.gov,
Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Jessica.Sanchez@usdoj.gov,
Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov,
janise.withers@usdoj.gov, michelle.thom@usdoj.gov

**4:21-mj-00017-BJ-1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Brook Antonio-FPD, II (belinda_partida@fd.org, brook_antonio@fd.org,
norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org, txn_confluence@fd.org), J
Stevenson Weimer-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov,
jay.weimer@usdoj.gov, jessica.sanchez@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:12870689@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00017-BJ USA v. Brock Initial Appearance
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

## U.S. District Court

## Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 1/11/2021 at 3:49 PM CST and filed on 1/11/2021

| | |
|---|---|
| **Case Name:** | USA v. Brock |
| **Case Number:** | <u>4:21-mj-00017-BJ</u> |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance re: Rule 5(c) hearing as to Larry Rendall Brock held on 1/11/2021. Date of Arrest: 1/10/2021; Deft executed financial affidavit; o/appointing FPD entered; Deft filed waiver of identity; Preliminary & Detention Hearing set 1/14/21 at 1:30 p.m. before Magistrate Judge Cureton; o/temp detention entered; Rule 5(f) written order to be filed; Rule 5(f)oral admonishment will be given at next setting; Deft remanded to custody. Attorney Appearances: AUSA – Jay Weimer; Defense – Brook Antonio. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Mouret.) (jah)**

**4:21-mj-00017-BJ-1 Notice has been electronically mailed to:**

J Stevenson Weimer-DOJ    jay.weimer@usdoj.gov, CaseView.ECF@usdoj.gov,
Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Jessica.Sanchez@usdoj.gov,
Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov,
janise.withers@usdoj.gov, michelle.thom@usdoj.gov

Brook Antonio−FPD, II    brook_antonio@fd.org, TXN_confluence@fd.org, belinda_partida@fd.org, norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org

**4:21−mj−00017−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 11 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:21-MJ-017 |
| | § | |
| LARRY RENDALL BROCK | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered  that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: January 11, 2021

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Brook Antonio-FPD, II (belinda_partida@fd.org, brook_antonio@fd.org,
norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org, txn_confluence@fd.org), J
Stevenson Weimer-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov,
jay.weimer@usdoj.gov, jessica.sanchez@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12870737@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00017-BJ USA v. Brock Rule 5(f)(1) Order
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 1/11/2021 at 3:54 PM CST and filed on 1/11/2021

| | |
|---|---|
| **Case Name:** | USA v. Brock |
| **Case Number:** | <u>4:21-mj-00017-BJ</u> |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
ELECTRONIC ORDER As to Larry Rendall Brock:

This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.

By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/11/2021) (jah)

4:21-mj-00017-BJ-1 Notice has been electronically mailed to:

J Stevenson Weimer–DOJ    jay.weimer@usdoj.gov, CaseView.ECF@usdoj.gov,
Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Jessica.Sanchez@usdoj.gov,
Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov,
janise.withers@usdoj.gov, michelle.thom@usdoj.gov

Brook Antonio–FPD, II    brook_antonio@fd.org, TXN_confluence@fd.org, belinda_partida@fd.org,
norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org

**4:21–mj–00017–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed
below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by
the federal rules.**

# United States District Court

## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **WAIVER OF RULE 5(c) HEARINGS** |
| | § | **(Excluding Probation Cases)** |
| **V.** | § | |
| | § | |
| **LARRY RENDALL BROCK** | § | **CASE NUMBER: 4:21-MJ-017** |

I, Larry Brock,  understand that in the  District of Columbia, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ )  identity hearing

(   )  Preliminary Hearing

I HEREBY REQUEST THAT MY PRELIMINARY AND DETENTION HEARING BE

(   )  held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ✓ )  held in this district.

NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 1 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

January 11, 2021

_CRR_____
Defendant

_____
Defense Counsel

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                          No.   4:21-MJ-017-BJ

LARRY RENDALL BROCK (01)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 11 2021

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:**  This case is eligible for a detention order because the case involves:
- ☐ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☐ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☒ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.**  The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☐ The safety of another person

**3.** The United States **will not** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
- ☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.**  The United States requests the Court to conduct the detention hearing
- ☐ at the Defendant's first appearance            ☒   After a continuance of  3  days.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

JAY WEIMER
Assistant United States Attorney
Texas State Bar No. 24013727
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Tel: 817-252-5200

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE:   January 11, 2021

JAY WEIMER
Assistant United States Attorney

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Brook Antonio-FPD, II (belinda_partida@fd.org, brook_antonio@fd.org,
norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org, txn_confluence@fd.org), J
Stevenson Weimer-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov,
jay.weimer@usdoj.gov, jessica.sanchez@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:12870774@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00017-BJ USA v. Brock Order of Detention
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 1/11/2021 at 3:59 PM CST and filed on 1/11/2021

| | |
|---|---|
| **Case Name:** | USA v. Brock |
| **Case Number:** | <u>4:21-mj-00017-BJ</u> |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
**ELECTRONIC ORDER OF TEMPORARY DETENTION as to Larry Rendall Brock. Detention & Preliminary Hearing set for 1/14/2021 01:30 PM before Magistrate Judge Jeffrey L. Cureton. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/11/2021) (jah)**

**4:21-mj-00017-BJ-1 Notice has been electronically mailed to:**

J Stevenson Weimer-DOJ    jay.weimer@usdoj.gov, CaseView.ECF@usdoj.gov, Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Jessica.Sanchez@usdoj.gov, Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov, michelle.thom@usdoj.gov

Brook Antonio-FPD, II    brook_antonio@fd.org, TXN_confluence@fd.org, belinda_partida@fd.org, norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org

**4:21−mj−00017−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Brook Antonio-FPD, II (belinda_partida@fd.org, brook_antonio@fd.org,
norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org, txn_confluence@fd.org), J
Stevenson Weimer-DOJ (caseview.ecf@usdoj.gov, courtney.carden2@usdoj.gov,
cynthia.hood@usdoj.gov, deborah.burson@usdoj.gov, janise.withers@usdoj.gov,
jay.weimer@usdoj.gov, jessica.sanchez@usdoj.gov, liuva.ruiz@usdoj.gov,
michelle.thom@usdoj.gov, victoria.anderson@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:12879989@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00017-BJ USA v. Brock Detention Hearing
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 1/14/2021 at 5:23 PM CST and filed on 1/14/2021

| | |
|---|---|
| **Case Name:** | USA v. Brock |
| **Case Number:** | <u>4:21-mj-00017-BJ</u> |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Detention & Preliminary Hearing on Rule 5(c) as to Larry Rendall Brock held on 1/14/2021; Rule 5(f) admonishment given; Gov't witness John Moore sworn & testified; Gov't exhibits 1-10 admitted, original returned; court finds PC; deft executed PR bond & advised of conditions of pretrial release; o/setting conditions of pretrial release entered; deft released on conditions. Attorney Appearances: AUSA – Jay Weimer; Defense – Brook Antonio. (Exhibits admitted – returned to party) Time in Court – :00. (Court Reporter: Debbie Saenz) (USPO Mouret.) (jah)**

**4:21-mj-00017-BJ-1 Notice has been electronically mailed to:**

J Stevenson Weimer-DOJ    jay.weimer@usdoj.gov, CaseView.ECF@usdoj.gov,
Courtney.Carden2@usdoj.gov, Cynthia.Hood@usdoj.gov, Jessica.Sanchez@usdoj.gov,
Liuva.Ruiz@usdoj.gov, Victoria.Anderson@usdoj.gov, deborah.burson@usdoj.gov,
janise.withers@usdoj.gov, michelle.thom@usdoj.gov

Brook Antonio−FPD, II     brook_antonio@fd.org, TXN_confluence@fd.org, belinda_partida@fd.org, norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org

**4:21−mj−00017−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

AO 199A (Rev. 12/11)  Order Setting Conditions of Release                                    Page 1 of  3 _____ Pages

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas, Fort Worth Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| LARRY RENDALL BROCK | ) | 4:21-MJ-017 |
| *Defendant* | ) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 4 2021

CLERK, U.S. DISTRICT COURT
By_____ Deputy

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001
*Place*

Before Magistrate Judge G. Michael Harvey

on _____   as directed by the Court and/or US Probation Officer
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

16

AO 199B  (Rev. 12/11) Additional Conditions of Release                                                                                       Page  2  of  3   Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   )   (6)   The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____

                    *Custodian*                     *Date*

( X )   (7)   The defendant must:

( X )   (a)   submit to supervision by and report for supervision to the   United States Probation Officer as directed     ,

          telephone number _____ , no later than _____ .

( X )   (b)   continue or actively seek employment.

(   )   (c)   continue or start an education program.

( X )   (d)   surrender any passport to:     and/or any passport card to the United States Probation Office

( X )   (e)   not obtain a passport or other international travel document.

( X )   (f)   abide by the following restrictions on personal association, residence, or travel:   Travel restricted to the Northern District of Texas

          and to and from the District of Columbia for Court purposes unless permission received from the US Probation Officer

( X )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,

          including:   but not limited to anyone involved in anyway with the US Capitol protest held on January 6, 2021

          and any protest participants , those involved in the organization or planning of a protest

(   )   (h)   get medical or psychiatric treatment: _____

(   )   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,

          or the following purposes: _____

(   )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers

          necessary.

( X )   (k)   not possess a firearm, destructive device, or other weapon.

( X )   (l)   not use alcohol (   ) at all (   X   ) excessively.

( X )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed

          medical practitioner.

(   )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random

          frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited

          substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited

          substance screening or testing.

(   )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or

          supervising officer.

( X )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.

          (   ) (i)   **Curfew.** You are restricted to your residence every day (   ) from _____ to _____ , or (   ) as

              directed by the pretrial services office or supervising officer; or

          ( X ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,

              substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities

              approved in advance by the pretrial services office or supervising officer; or

          (   ) (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and

              court appearances or other activities specifically approved by the court.

( X )   (q)   submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program

          requirements and instructions provided.

          ( X ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or

          supervising officer.

( X )   (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including

          arrests, questioning, or traffic stops.

( X )   (s)   Not participate in any capacity in any criminal activity, associate with any person engaged in any criminal activity, or enter into, or

          perform under, any agreement to act as an informer for, or special agent of, any governmental agency without permission of the court.

( X )   (t)   Restricted from entering the US Capitol or the grounds of the US Capitol

( X )   (u)   no access the internet except for participation in online classes which he is enrolled. and internet monitoring by the US Probation Officer,

subject to change if unable to adapt monitoring *, further exception of internet access specifically approved*

*by his pretrial officer.*

17

Case 4:21-mj-00017-BJ   Document 8   Filed 01/14/21   Page 3 of 3   PageID 6
Case 4:21-mj-00017-BJ   Document 10   Filed 01/14/21   Page 18 of 31   PageID 37
AO 199C  (Rev. 09/08)  Advice of Penalties                                                Page    3    of    3    Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Fort Worth, TX
_____
*City and State*

### Directions to the United States Marshal

( ✔ )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  January 14, 2021

_____
*Judicial Officer's Signature*

JEFFREY L. CURETON, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | TEXAS, FORT WORTH DIVISION |

| UNITED STATES | EXHIBIT AND WITNESS LIST |
| --- | --- |
| V. | |
| Larry Rendall Brock | Case Number:  4:21-MJ-017 |

| PRESIDING JUDGE<br>CURETON | PLAINTIFF'S ATTORNEY<br>JAY WEIMER | DEFENDANT'S ATTORNEY<br>BROOK ANTONIO |
| --- | --- | --- |
| TRIAL DATE (S)<br>1/14/21 | COURT REPORTER<br>DEBBIE SAENZ | COURTROOM DEPUTY<br>JULIE HARWELL |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 1-10 | | 1/14/2021 | YES | YES | Photos |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |
| | | | | | Returned to Offering Party _____   Received by: _____ |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 4 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages













Torch Flyer

6 Jan 2021

Share

3:47

🔒 **facebook.com** — Private



**Photos**



**Torch Flyer** added a temporary profile picture.  •••
11 hrs · 🔗

**6 Jan 2021**

  5

↪ **Share**

**Torch Flyer** updated his cover photo.  •••
December 27, 2020 at 1:46 PM · 🔗







CAE Simuflite
2929 W. Airfield Drive
P.O. Box 619119
DFW Airport, Texas 75261
(972)-456-8000 / (800)-527-2463

May 18, 2018

Larry Brock
████████████
Grapevine, Texas 76051

Dear Larry,

In addition to your pattern of problematic behavior – which has resulted in at least three verbal warnings and one written warning – it has recently come to our attention that you inappropriately communicated to employees that you had not killed anyone for a while and regarding potentially shooting members of a particular religion and/or race. This type of comment is not appropriate in our workplace, disregards our values and code of business conduct, and can create a hostile and/or dangerous work environment.

As such, this letter is to notify you that, effective immediately, May 18, 2018, your employment with CAE is terminated due to this threatening and discriminatory speech, as well as your pattern of problematic behavior.

Sincerely,

Nelson Camacho
General Manager, Americas, Civil
Business Aviation, Helicopter and Maintenance Training
Part 142 – FAA Accountable Manager



# LARRY RENDELL BROCK
## A.K.A "TORCH FLYER"
### FACEBOOK POSTS

**November 11, 2020:**     **"The battle isn't winnable democratically if they complete the steal.  They went into court yesterday. Let's see what happens."**

**"Fire and blood will be needed soon."**

**December 24, 2020:**     **"I bought myself body armor and a helmet for the civil war that is coming."**

**December 25, 2020:**





1

| | |
|---|---|
| December 31, 2020: | "We are now under occupation by a hostile governing force. That may seem ludicrous to some, but I see no distinction between a group of Americans seizing power and governing with complete disregard to the Constitution and an invading force of Chinese communists accomplishing the same objective. Against all enemies foreign and domestic #OathKeeper #2A #III%" |
| | "Definitely not skipping these today. Luck may be needed in the Second Civil War." |
| January 1, 2021: | "I suspect that is what will happen on the 6th. The castle will be stormed. The question is what then?" |
| January 5, 2021: | "This is not a President that sounds like he is giving up the White House." |
| | "I truly believe that if we let them complete the steal we will never have a free election again" |
| | "I really believe we are going to take back what they did on November 3" |
| | "Plane is packed with people going to stop the steal." |
| | "Not interested in missing tomorrow" |
| | "The watch phrase here seems to be Restore Our Republic" |

| January 6, 2021: | **"Patriots on the Capitol"** |
|---|---|
|  | **"Patriots storming"** |
|  | **"Men with guns need to shoot there way in"** |
|  | **"Facebook deleted a post. Trying to find the name of a woman that was gunned down by Capitol police today. She was unarmed and is the first Patriot Martyr in the Second American Revolution"** |
|  | **"Funny BLM is a movement but Patriots are a mob. The real issue is the ruling class got a quick reminder that they are not untouchable."** |
| January 7, 2021: | **"The charade of an election is over. Our vote was stolen. Time to secede."** |

3